```
 1  Philip Cozens, State Bar Number 84051
 2  Attorney at Law
 3  1007 Seventh Street, Suite 500
 4  Sacramento, CA  95814
 5
 6  Telephone: (916) 443-1504
 7  Fax: (916) 443-1511
 8  Email: pcozens@aol.com
 9
10  Attorney for Defendant Duane Feisel
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:04-CR-0400 LKK |
| | ) | |
| Plaintiff, | ) | STIPULATION FOR CONTINUANCE OF |
| | ) | SENTENCING HEARING FROM |
| v. | ) | AUGUST 28, 2012 TO SEPTEMBER 18, |
| | ) | 2012 |
| DUANE FEISEL     . | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

It is stipulated between the United States Attorney's Office for the Eastern District of California by Assistant United States Attorney Michelle Prince, Esq. and Defendant Duane Feisel through his attorney Philip Cozens, Esq., that:

The Sentencing Hearing currently scheduled for August 28, at 9:15 a.m. in Judge Karlton's Court be re-scheduled for September 18, 2012 at 9:15 a.m. in Judge Karlton's Court. The stipulated continuance is necessary for Defendant's attorney to draft a memorandum in opposition to the Deputy Probation Officer's recommendation for sentencing.

Time should be excluded for defense attorney preparation pursuant to Local Code T4 and the ends of justice outweigh the Defendant's and the public's interest in a speedy trial.

Time should be excluded from speedy trial calculations from August 28, 2012 through and including September 17, 2012.

It is so stipulated.

Dated: August 24, 2012         /s/ Michelle Prince, Esq.
                               Michelle Prince, Esq.
                               Assistant United States Attorney
                               Eastern District of California


                               /s/ Philip Cozens
                               Philip Cozens
                               Attorney for Defendant Duane Feisel

**ORDER**

The court, having read and considered the above-stipulation and finding good cause therefore, orders that the Sentencing Hearing currently scheduled for August 28, at 9:15 a.m. in Judge Karlton's Court be re-scheduled for September 18, 2012 at 9:15 a.m. in Judge Karlton's Court. The stipulated continuance is necessary for Defendant's attorney to draft a memorandum in opposition to the Deputy Probation Officer's recommendation for sentencing. Time is excluded for defense attorney preparation pursuant to Local Code T4 and the court finds the ends of justice outweigh the Defendant's and the public's interest in a speedy trial. Time should be excluded from speedy trial calculations from August 28, 2012 through and including September 17, 2012.

Dated: August 28, 2012

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT