```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  MICHELLE A. PRINCE
    Assistant United States Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2758

 5  Attorney for Defendant
    DUANE EDWARD FEISEL
 6

 7

 8                IN THE UNITED STATES DISTRICT COURT

 9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,    ) 2:04-CR-00400 LKK
                                 )
12            Plaintiff,         ) ORDER TO CONTINUE
                                 ) DISPOSITIONAL HEARING
13       v.                      )
                                 ) DATE: September 18, 2012
14  DUANE EDWARD FEISEL,         ) Time: 9:15 a.m.
                                 ) Judge: Hon. Lawrence K. Karlton
15            Defendant.         )
    _____)
16

17       The dispositional hearing is continued to September 25,

18  2012, at 09:15 a.m. The court finds that a continuance is

19  necessary for the reasons stated above.

20

21  **SO ORDERED.**

22  Dated: September 17, 2012

23                                   _____
                                     LAWRENCE K. KARLTON
24                                   SENIOR JUDGE
                                     UNITED STATES DISTRICT COURT
25

26

27

28

                                   3
```