**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

**M E M O R A N D U M**

Honorable Lawrence K. Karlton
Senior United States District Judge
Sacramento, California

                                       RE:    FEISEL, Duane Edward
                                                  Docket Number:   2:04CR00400-01
                                                  **EVIDENCE DISPOSAL MEMORANDUM**

Your Honor,

The purpose of this memorandum is to request the Court approve destruction of the below listed evidence which was confiscated from the releasee on February 21, 2012. Judicial notice was made in a petition filed April 11, 2012, and the matter has been disposed.

1)     One glass ashtray containing marijuana residue.

2)     One metal marijuana pipe containing marijuana and marijuana residue.

3)     Four small plastic prescription bottles containing marijuana and marijuana residue.


                                                      Respectfully submitted,

                                                      /s/ R. Walters

                                                     **R. WALTERS
                                 Senior United States Probation Officer**


Dated:       June 7, 2013
                 Redding, California
                 RCW:aph

                          /s/ Kyriacos M. Simonidis
**REVIEWED BY:**    _____
                                    **KYRIACOS M. SIMONIDIS
                                    Supervising United States Probation Officer**

RE:   FEISEL, Duane Edward
      Docket Number:   2:04CR00400-01
      <u>EVIDENCE DISPOSAL MEMORANDUM</u>

|                  | /s/ Terence E. Sherbondy |
|---|---|
| **REVIEWED BY:** | _____ |
|                  | **TERENCE E. SHERBONDY** |
|                  | **Deputy Chief United States Probation Officer** |

_____

### UNITED STATES ATTORNEY'S OFFICE

The United States Attorney's Office has no prosecutorial interest or objections to the Probation Office's request to dispose of the property/contraband listed herein.

                                                Respectfully,

June 7, 2013                                    /s/ Todd Leras
_____            _____
**Date**                                        **Assistant United States Attorney**

**RE:  FEISEL, Duane Edward
     Docket Number:  2:04CR00400-01
     EVIDENCE DISPOSAL MEMORANDUM**

_____

**THE COURT ORDERS:**

(✔)  The Probation Office is hereby authorized to dispose the contraband and seized property listed in the request.

(  )  Request to dispose contraband and seized property is denied.

(  )  Other:

<u>June 12, 2013</u>                              _____
**Date**                                          **Signature of Judicial Officer**


cc:  Richard A. Ertola, CUSPO
     Rick C. Louviere, ADCUSPO